**John JOMO, Plaintiff-Appellant, v. TIDEWA-TER OIL COMPANY, Defendant-Appellee.**

No. 97.

Circuit Court of Appeals, Second Circuit.

Dec. 15, 1930.

Lucien V. Axtell, of New York City, for appellant.

Hatch & Wolfe, of New York City (Carver W. Wolfe, of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Judgment affirmed.

---

**Dottie KING, Alias, etc., Plaintiff in Error, v. UNITED STATES of America.**

No. 9087.

Circuit Court of Appeals, Eighth Circuit.

Dec. 15, 1930.

James Robertson and E. S. Cary, both of Minneapolis, Minn., for plaintiff in error.

Lewis L. Drill, U. S. Atty., of St. Paul, Minn.

PER CURIAM.
Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error under Rule 16.

---

**J. H. KIRKMAN, Appellant, v. UNITED STATES of America, Appellee.**

No. 5875.

Circuit Court of Appeals, Fifth Circuit.

Dec. 19, 1930.

G. Edward Williams, of Clarksdale, Miss., for appellant.

Lester G. Fant, U. S. Atty., of Holly Springs, Miss.

Before BRYAN, FOSTER, and WALKER, Circuit Judges.

PER CURIAM.
The judgment is affirmed.

---

**Carl LATTA v. UNITED STATES of America.**

No. 381.

Circuit Court of Appeals, Tenth Circuit.

Oct. 29, 1930.

John T. Harley, of Tulsa, Okl., for appellant.

John M. Goldesberry, U. S. Atty., of Tulsa, Okl.

Before LEWIS, COTTERAL, and PHILLIPS, Circuit Judges.

PER CURIAM.
Appeal dismissed October 29, 1930, on motion of appellee.